UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

FEB 24 2009

| | |
|---|---|
| BRETON, LLC, *et al.* )<br>)<br>        Plaintiffs, )<br>)<br>  v. )<br>) Case No. 1:09cv60<br>GRAPHIC ARTS MUTUAL INSURANCE )<br>CO. )<br>)<br>and )<br>)<br>JEFFERSON-PILOT LIFE INSURANCE )<br>COMPANY )<br>MERGED WITH THE LINCOLN )<br>NATIONAL LIFE INSURANCE )<br>COMPANY )<br>)<br>        Defendants. ) | |

## ORDER

Upon consideration of Defendant The Lincoln National Life Insurance Company f/k/a Jefferson-Pilot Life Insurance Company ("Lincoln National") Consent Motion for Extension of Time, and Plaintiffs' consent thereto, it is hereby ORDERED that said Motion is granted. It is further, ORDERED that Defendant Lincoln National shall file its responsive pleading by ~~April 24, 2009.~~ *March 13, 2009.*

/s/Thomas Rawles Jones, Jr.

~~Judge Anthony Trenga, United States District Court For the Eastern District of Virginia~~

THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

Seen and Agreed:


___/s/ Jeffrey L. Tarkenton___
Jeffrey L. Tarkenton, Esq. (VSB 20631)
Cathy A. Hinger, Esq. (VSB 46293)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, DC 20005-2225
Phone: (202) 857-4450
Fax: (202) 261-0050
*Counsel for Defendant, The Lincoln National Life Insurance Company f/k/a Jefferson-Pilot Life Insurance Company*


___/s/ C. Thomas Brown___
C. Thomas Brown, Esq. (VSB 23743)
Silver & Brown
10621 Jones Street, Suite 101
Fairfax, VA 22030
Phone: (703) 591-6666
Fax: 703-591-5618
*Counsel for Plaintiffs*